United States District Court
Southern District of Texas
**ENTERED**
October 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JOSE ASCENCION SOTO-RAMIREZ, JR.,** § § § | |
| Petitioner, § § | |
| V. § § § § | CIVIL ACTION NO. 5:19-CV-12 CRIMINAL ACTION NO. 5:17-CR-439 |
| **UNITED STATES OF AMERICA,** § § § | |
| Respondent. § § | |

## REPORT & RECOMMENDATION

Petitioner Jose Ascencion Soto-Ramirez has filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Dkt. No. 1)[1], which was referred to the undersigned for findings and recommendations pursuant to 28 U.S.C. § 636(b). (Dkt. No. 3). On June 27, 2019, the Court granted the Government an extension of time to respond to Petitioner's § 2255 Motion. (Dkt. No. 9). Petitioner filed a motion for reconsideration of that decision (Dkt. No. 12), which this Court denied on July 29, 2019. (Dkt No. 13). Thereafter, the Government filed a memorandum in response to Petitioner's § 2255 Motion on August 26, 2019. (Dkt. No. 16). Petitioner has not filed a reply. Instead, Petitioner filed a Notice of Appeal (Dkt. No. 17), which requests a certificate of appealability. (*Id*. at 2). He has also filed a Motion for Leave to Proceed *in forma pauperis* on appeal. (Dkt. No. 18).

## Analysis

The Court has not issued a final order adverse to Petitioner, and he does not

---

[1] "Dkt. No." refers to Petitioner's civil case, No. 5:19-cv-12.

otherwise articulate any valid basis for an appeal. The Court finds that Petitioner's appeal is frivolous and is not taken in good faith. Accordingly, the Court will recommend that the District Court certify that the appeal is not taken in good faith pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure. Because Petitioner's appeal is not taken in good faith, the Court further determines that Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Dkt. No. 18) should be denied. *See Howard v. King*, 707 F.2d 215, 219–20 (5th Cir. 1983) ("Under 28 U.S.C. § 1915(a), a federal court may refuse to certify an appeal for in forma pauperis status if it is not taken in good faith.")

Petitioner also requests the issuance of a certificate of appealability. (Dkt. No. 17 at 2). A certificate of appealability is required to appeal from a "final order" adverse to the movant in a proceeding under § 2255. *See* 28 U.S.C. § 2253(c). *See also* Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant"). Because there has been no final order or adjudication on the merits in Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Dkt. No. 1), the Court concludes that there is no basis for the issuance of a certificate of appealability. Accordingly, the Court will recommend that Petitioner's request for a certificate of appealability be denied.

## Recommendation

The Court **RECOMMENDS** that the District Court **CERTIFY** that Petitioner's appeal (Dkt. No. 17) is not taken in good faith pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure.

The Court **RECOMMENDS** that Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Dkt. No. 18) be **DENIED**.

The Court **RECOMMENDS** that—if the motion for leave to proceed *in forma pauperis* is denied and the District Court certifies that the appeal is not taken in good faith under Rule 24(a)(3)—Petitioner be advised that he may challenge that finding by filing a separate motion to proceed *in forma pauperis* on appeal with the United States Court of Appeals for the Fifth Circuit within thirty days. *See* FED. R. APP. P. 24(a)(5).

The Court **RECOMMENDS** that Petitioner's request for a certificate of appealability (Dkt. No. 17 at 2) be **DENIED**.

**Notice of Right to Object**

Within fourteen days after being served with a copy of this Report and Recommendation, the parties may file written objections to the findings and recommendations proposed above. 28 U.S.C. § 636(b)(1). The District Judge will review *de novo* those portions of the report or specified proposed findings or recommendations to which the party objects. The District Judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by this Court, and may also receive further evidence or recommit the matter to this Court with instructions. *Id.* The District Court need not consider frivolous, conclusive, or general objections. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). If a party does not object within fourteen days, the party forfeits its right to District Court review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days after service shall bar an aggrieved party

from *de novo* review by the District Court of the proposed findings and recommendations and from appellate review of factual findings accepted or adopted by the District Court, except on grounds of plain error or manifest injustice.

The Clerk of the Court is **DIRECTED** to mail Petitioner a copy of this Order by certified mail, return receipt requested, at the address indicated in his most recent filing.

SIGNED on October 7, 2019.

_____
John A. Kazen
United States Magistrate Judge