UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE ASCENCIO SOTO-RAMIREZ JR., | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 5:19-CV-12 |
| | § | CRIM. ACTION NO. 5:17-CR-439 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

On November 8, 2019, United States Magistrate Judge John A. Kazen issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1), which advises the Court to deny Petitioner's § 2255 motion (Dkt. No. 25; Cr. Dkt. No. 55). Neither party has filed objections. After reviewing the proposed findings and recommendations for plain error, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. No. 25; Cr. Dkt. No. 55) as the opinion of the Court. Petitioner's § 2255 motion (Dkt. No. 1; Cr. Dkt. No. 32) is **DENIED**, and this civil action is **DISMISSED WITH PREJUDICE**.

Because Petitioner has not made a substantial showing of a denial of a constitutional right, the Court also finds that an appeal would not be taken in good faith. Accordingly, any request for a certificate of appealability is hereby **DENIED**.

It is so **ORDERED**.

**SIGNED** December 16, 2019.

_____
Marina Garcia Marmolejo
United States District Judge